**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CATCH CURVE, INC., | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | File No. 1:06-CV-2386-CC |
| v. | ) | |
| | ) | |
| GRAPHNET, INC., | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

Pursuant to Local Patent Rule (LPR) 4.1, Plaintiff Catch Curve, Inc. ("Plaintiff") hereby serves on Defendant Graphnet, Inc. ("Defendant") its Disclosure of Infringement Contentions.

Plaintiff has not yet received any discovery information or materials from Defendant. The following contentions are based upon information known to Plaintiff at this time based on publicly available information and documents. Plaintiff therefore reserves its right to supplement or amend its LPR 4.1 Infringement Contentions in view information and/or documents that may be obtained from Defendant and/or third parties during discovery, further investigation, and/or any other reason permitted under LPR 4.5 and the Federal Rules of Civil Procedure.

**Exhibit A**

A.    **Identification and Provision of Claim Charts For Allegedly Infringed Claims and Allegedly Infringing Products and/or Services for Each Patent-In-Suit**

At the present time, subject to its express reservation of rights to supplement or amend these contentions, including but not limited to the express reservation of the right to allege infringement under the Doctrine of Equivalents as may be appropriate in view of discovery, further investigation, and/or the Court's claim construction ruling, Plaintiff alleges literal infringement of each of the claims listed in this section by the specified products and/or services of Defendant. Since Plaintiff has not received any discovery from Defendant, the listed claims are necessarily representative claims based on Plaintiff's good faith analysis of publicly available information. No admission of noninfringement is intended or should be inferred for any claim not listed. Plaintiff alleges that each of the asserted claims is entitled to a priority date at least as early as September 22, 1988. Plaintiff specifically reserves the right to supplement or amend these contentions pursuant to LPR 4.5 and the Federal Rules of Civil Procedure.

1.    **United States Patent No. 4,994,926**

Plaintiff alleges that at least the following claims are infringed by the following products / services of Defendant:

**Exhibit A**

MegaFax:  claims 1, 3, 27, 40, 52-53, 55 (claim charts attached as Appendix A1)

MegaFax for Notes:  claims 3, 52-53, 55 (claim charts attached as Appendix A2)

**2.    United States Patent No. 5,291,302**

Plaintiff alleges that at least claim 24 is infringed by Defendant's MegaFax for Notes.  A claim chart is attached as Appendix B.

**3.    United States Patent No. 5,459,584**

Plaintiff alleges that at least the following claims are infringed by the following products / services of Defendant:

MegaFax for Notes:   claims 7, 30-32, 35-38 (claim charts attached as Appendices C1 - C2)

MegaFax with MPW Client Software:  claims 48-50 (claim charts attached as Appendix C3)

UniCom:  claims 48-50 (claim charts attached as Appendix C4)

XclusiveFAX:  claim 48 (claim chart attached as Appendix C5)

FaxBroadcast with MPW Client Software:   claims 48-50 (claim charts attached as Appendix C6)

3

**Exhibit A**

4.    **United States Patent No. 6,643,034**

Plaintiff alleges that at least the following claims are infringed by Defendant's MegaFax for Notes:  1-2, 4-8, 15, 20-21, 24-27, 41-43, 50, 53, 57, 64-65, 69-72, 82-84.  Claim charts for these claims are attached as Appendices D1 - D2.

5.    **United States Patent No. 6,785,021**

Plaintiff alleges that at least the following claims are infringed by the following products / services of Defendant:

MegaFax for Notes:  claims  33, 41, 43, 44, 53, 58-59, 64, 66, 69, 78, 85-87, 94, 97, 111-112 , 118 (claim charts attached as Appendices E1 - E4)

MegaFax:  claims 33, 40-41, 44, 53, 58, 60, 63, 64-66, 69, 71, 73, 77-78, 97-98, 98-99, 118 (claim charts attached as Appendices E5 - E8)

MicroFax:  claims 33, 40-41, 43, 44, 53, 58-60, 63, 64-66, 69, 71, 73, 78, 85-87, 94, 97-98, 111-112, 118 (claim charts attached as Appendices E9 - E12)

Inbound Messaging Service:  claims 33-34, 41-43, 44-45, 53-54, 58-59, 64, 66-67, 94, 118, 69, 78, 82, 118 (claim charts attached as Appendices E13 - E16)

IVFS:  claims 33-34, 41-43, 44-45, 53-54, 58-59, 64, 66-67, 69, 78, 82, 94, 118 (claim charts attached as Appendices E17 - E20)

4

**Exhibit A**

**B.**    **Production of Documents Called For Under LPR 4.1(c)**

Subject to any applicable privilege or other appropriate objection under the

Federal Rules of Civil Procedure, documents called for under LPR 4.1(c) that are

in Plaintiff's possession, custody, or control will be made available for inspection

and copying by counsel for Defendant at a mutually convenient time and place.

This 21st day of December, 2007.

s/Dan R. Gresham
Scott A. Horstemeyer
Georgia Bar No. 367836
Dan R. Gresham
Georgia Bar No. 310280
**Thomas, Kayden, Horstemeyer**
        **& Risley, L.L.P.**
100 Galleria Parkway, N.W., Suite 1750
Atlanta, GA 30339-5948
(770) 933-9500

Attorneys for Plaintiff
Catch Curve, Inc.

*00629169*

**Exhibit A**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CATCH CURVE, INC.,                )
       Plaintiff,               )
                    )
v.                                )
                    )
GRAPHNET, INC.,                   )
       Defendant.               )
_____)

Civil Action
File No. 1:06-CV-2386-CC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2007, copies of "**PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS**" were caused to be served upon the following attorneys of record as indicated:

Fredric Chaiken
**CHAIKEN KLORFEIN, LLC**
7000 Peachtree Dunwoody Rd.
Building 9. Suite 300
Atlanta, Georgia 30350
*Service via Electronic Filing with*
*the ND Ga. Clerk of Court using the CM/ECF system.*

Joseph A. Paparella
**PAPARELLA & ASSOCIATES, PLC**
3878 Cascade Road, S.E.
Grand Rapids, Michigan 49546
*Service via First Class Mail*

s/Dan R. Gresham

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 1 | Comparison to GraphNet's MegaFax[1] |
|---|---|
| 1. A system for facilitating facsimile communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising | Claim preamble is not limiting. |
| at least one store and forward facility, | "The MegaFax facsimile system is capable of supporting high volumes of real-time and store-and-forward facsimile transmission." (MegaFax, p. 1.) |
| means coupling the at least one store and forward facility to the switched telephone network for receiving transmissions from a transmitting facsimile machine, | "MegaFax processors connect to the telephone network using standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (Id. at p. 2.) |
| said store and forward facility including computer means for controlling its operation and | "The MegaFax server uses a high speed Intel-based Pentium CPU with 32 MB of RAM." (MegaFax, p. 3.) "Each MegaFax server is configured with a 2GB Hard Drive. The storage capacity for each |

[1] A basis for Graphnet's liability for this claim in connection with its system is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers of this claim. Graphnet appears to run, or have run, its own MegaFax servers as a service offering. (MegaFax Article, p. 1.) Graphnet would directly infringe by providing such services; the infringement analysis in this chart would be the same for direct infringement but identifying Graphnet's performance of the steps rather than its customers.

Appendix A1
Page 1 of 17

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 1 | Comparison to GraphNet's MegaFax[1] |
|---|---|
| including mass storage means for storing facsimile transmissions together with information identifying the transmitting facsimile machine and the at least one intended receiving facsimile machine under control of said computer means, | MegaFax server is upgradable to 6GB." (*Id.*) "Messages can be retrieved by the system operator. This is done by specifying the search criteria, which include reference number, **destination address**, time and date, and **originator**." (*Id.* at p. 4.)(emphasis added) |
| said store and forward facility also including means coupling it to the switched telephone network for transmitting facsimile messages stored in the mass storage means to at least one intended receiving facsimile machine, and | "MegaFax processors connect to the telephone network using standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (*Id.* at p. 2.) |
| wherein said mass storage means additionally includes mailboxes associated with particular system subscribers and wherein facsimile messages received and stored by the mass storage means and intended for receiving facsimile machines associated with those subscribers are | "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |

**Appendix A1**
**Page 2 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 1 | Comparison to GraphNet's MegaFax[1] |
|---|---|
| stored in the respective mailboxes, said store and forward facility being responsive to instructions received from a subscriber to transmit the facsimile messages stored in that subscriber's mailbox to any particular facsimile machine designated in the instructions by the subscriber, whereby a subscriber who is traveling or otherwise away from the fixed location of his facsimile machine may have facsimile messages intended for receipt by his facsimile machine collected, and retrieve them from any location where any other facsimile machine is situated. | MegaFax supports access via "Interactive Voice Response" with "Immediate Mailbox Retrieval". (MegaFax, pp. 1-2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval. Access to fax mailboxes from remote locations enables retrieval of messages to any fax machine worldwide while subscribers are on the move." (MegaFax Article, p. 1.) |

| CLAIM 3 | Comparison to GraphNet's MegaFax[2] |
|---|---|
| 3. A method for facilitating facsimile | Claim preamble is not limiting. |

---

[2] See footnote 1.

Appendix A1
Page 3 of 17

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 3 | Comparison to GraphNet's MegaFax[2] |
|---|---|
| communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising the step of | |
| providing at least one store and forward facility having computer means for controlling its operation and having mass storage means for storing facsimile messages, | "The MegaFax facsimile system is capable of supporting high volumes of real-time and store-and-forward facsimile transmission." (MegaFax, p. 1.) "The MegaFax server uses a high speed Intel-based Pentium CPU with 32 MB of RAM." (MegaFax, p. 3.) "Each MegaFax server is configured with a 2GB Hard Drive. The storage capacity for each MegaFax server is upgradable to 6GB." (*Id.*) |
| coupling the at least one store and forward facility to the switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "MegaFax processors connect to the telephone network using standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (*Id.* at p. 2.) |
| recording received facsimile messages in the mass storage means together with information indicating the transmitting facsimile machine and the intended receiving facsimile machine, | "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (MegaFax, p. 2.) "Messages can be retrieved by the system operator. This is done by specifying the search criteria, which include reference number, **destination address**, time and date, and **originator**." (*Id.* at p. 4.)(emphasis added) |

**Appendix A1**
**Page 4 of 17**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 3 | Comparison to GraphNet's MegaFax[2] |
|---|---|
| and transmitting facsimile messages stored in the mass storage means to intended receiving facsimile machines, and including the step of | See final transmitting step. |
| defining mailboxes in the mass storage means associated with particular system subscribers, and including the step of | "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |
| storing facsimile messages intended for those particular system subscribers in their respective mailboxes, and further including the step, | "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |
| in response to instructions received from a system subscriber, of transmitting facsimile messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | MegaFax supports access via "Interactive Voice Response" with "Immediate Mailbox Retrieval". (MegaFax, pp. 1-2.) "Access to fax mailboxes from remote locations enables retrieval of messages to any fax machine worldwide while subscribers are on the move." (MegaFax Article, p. 1.) |

**Appendix A1**
**Page 5 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 27 | Comparison to GraphNet's MegaFax[3] |
|---|---|
| 27. A system in accordance with claims 1 or 22 | See analysis of claim 1 above. |
| wherein said computer means is programmed to store in the mass storage means relevant charging parameters including number of pages, destination and special system feature options provided for each facsimile message sent by a subscriber and received by a subscriber from a non-subscriber, and to generate charging summaries for subscribers periodically from the stored charging parameters. | "The MS/NMS keeps detailed records of all calls, providing journals and billing reports for users automatically and on-demand. When a message is either canceled or delivered, a billing record is created and written to the database. Also, a billing record will be created for a bad input session that will help track user problems and system abusers. The MS/NMS provides for journals and billing reports generated for users automatically and on demand." (MegaFax, p. 4.) |

| CLAIM 40 | Comparison to GraphNet's MegaFax[4] |
|---|---|
| 40. A system for facilitating facsimile communications between a transmitting facsimile | Claim preamble is not limiting. |

---

[3] See footnote 1.
[4] See footnote 1.

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 40 | Comparison to GraphNet's MegaFax[4] |
|---|---|
| machine and at least one intended receiving facsimile machine, comprising | |
| at least one store and forward facility, | "The MegaFax facsimile system is capable of supporting high volumes of real-time and store-and-forward facsimile transmission." (MegaFax, p. 1.) |
| means coupling the at least one store and forward facility to the switched telephone network for receiving transmissions from a transmitting facsimile machine, | "MegaFax processors connect to the telephone network using standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (Id. at p. 2.) |
| said store and forward facility including computer means for controlling its operation and including mass storage means for storing facsimile transmissions together with information identifying the transmitting facsimile machine and the at least one intended receiving facsimile machine under control of said computer means, | "The MegaFax server uses a high speed Intel-based Pentium CPU with 32 MB of RAM." (MegaFax, p. 3.) "Each MegaFax server is configured with a 2GB Hard Drive. The storage capacity for each MegaFax server is upgradable to 6GB." (Id.) "Messages can be retrieved by the system operator. This is done by specifying the search criteria, which include reference number, **destination address**, time and date, and **originator**." (Id. at p. 4.)(emphasis added) |
| said store and forward facility also | "MegaFax processors connect to the telephone network using |

**Appendix A1**
**Page 7 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 40 | Comparison to GraphNet's MegaFax[4] |
|---|---|
| including means coupling it to the switched telephone network for transmitting facsimile messages stored in the mass storage means to at least one intended receiving facsimile machine, and | standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (*Id.* at p. 2.) |
| wherein said mass storage means additionally includes mailboxes associated with particular system subscribers and wherein facsimile messages received and stored by the mass storage means and intended for receiving facsimile machines associated with those subscribers are stored in the respective mailboxes, | "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |
| wherein said store and forward facility determines based on the telephone number used by the switched telephone network to switch a particular call to the store and forward facility, if the particular call is a mailbox call intended for a | Graphnet's EFN (Executive Fax Number) feature provides each user with his own private fax number. (Web2Fax, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) |

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 40 | Comparison to GraphNet's MegaFax[4] |
|---|---|
| particular system subscriber, and | |
| wherein, if said store and forward facility determines a particular call to be a mailbox call intended for a particular system subscriber, said store and forward facility automatically directs a facsimile message received during that particular call to the mailbox associated with that particular system subscriber, | Graphnet's EFN (Executive Fax Number) feature provides each user with his own private fax number. (Web2Fax, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) |
| said store and forward facility being responsive to instructions received from a subscriber to transmit the facsimile messages stored in that subscriber's mailbox to any particular facsimile machine designated in the instructions by the subscriber, whereby a subscriber who is traveling or otherwise away from the fixed location of his facsimile machine may have facsimile | MegaFax supports access via "Interactive Voice Response" with "Immediate Mailbox Retrieval". (MegaFax, pp. 1-2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval. Access to fax mailboxes from remote locations enables retrieval of messages to any fax machine worldwide while subscribers are on the move." (MegaFax Article, p. 1.) |

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 40 | Comparison to GraphNet's MegaFax[4] |
|---|---|
| messages intended for receipt by his facsimile machine collected, and retrieve them from any location where any other facsimile machine is situated. | |

| CLAIM 52 | Comparison to GraphNet's MegaFax[5] |
|---|---|
| 52. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising the steps of | Claim preamble is not limiting. |
| providing at least one store and forward facility having computer means for controlling its operation and having mass storage means for storing facsimile messages, | "The MegaFax facsimile system is capable of supporting high volumes of real-time and store-and-forward facsimile transmission." (MegaFax, p. 1.) "The MegaFax server uses a high speed Intel-based Pentium CPU with 32 MB of RAM." (MegaFax, p. 3.) "Each MegaFax server is configured with a 2GB Hard Drive. The storage capacity for each MegaFax server is upgradable to 6GB." (Id.) |
| assigning to each system subscriber | Graphnet's customer assigns to each subscriber a telephone number |

---

[5] See footnote 1.

**Appendix A1**
**Page 10 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 52 | Comparison to GraphNet's MegaFax[5] |
|---|---|
| of a plurality of system subscribers a unique destination telephone number, wherein the dialing of the unique destination telephone number of each system subscriber results in the related telephone call being switched by a switched telephone network to the at least one store and forward facility, | from a pool of telephone numbers available on a switched telephone network. "Inbound faxes can also be received at the desktop using Graphnet's EFN (Executive Fax Number) feature which provides each user with his own private fax number and delivers faxes as email attachments." (Web2Fax, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) The dialing of an assigned number results in the related telephone call being switched to the customer's store and forward facility by a switched telephone network. |
| coupling the at least one store and forward facility to the switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "MegaFax processors connect to the telephone network using standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (Id. at p. 2.) |
| defining mailboxes in the mass storage means associated with particular system subscribers, | "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |
| receiving over time at the first store and forward facility a plurality of telephone calls, each call of said plurality of telephone calls being | "MegaFax processors connect to the telephone network using standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system |

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 52 | Comparison to GraphNet's MegaFax[5] |
|---|---|
| switched to the store and forwrd [sic.] facility by the switched telephone network as result of a senders [sic.] dialing one of the unique destination telephone numbers, whereby each such received call results in an originating telephone call connection being made, | that receives and transmits facsimile messages." (*Id.* at p. 2.)  In order to perform these functions, MegaFax receives telephone calls directed to phone numbers assigned to particular subscribers. |
| receiving during the originating telephone call connections, at the at least one store and forward facility, facsimile messages from transmitting facsimile machines, | "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (MegaFax, p. 2.) |
| recording the received messages in the mass storage means together with information indicating the respective transmitting facsimile machine and the respective intended receiving facsimile machine, | "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (MegaFax, p. 2.) "Messages can be retrieved by the system operator. This is done by specifying the search criteria, which include reference number, **destination address**, time and date, and **originator**." (*Id.* at p. 4.)(emphasis added) |
| transmitting facsimile messages stored in the mass storage means to | See final transmitting step. |

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 52 | Comparison to GraphNet's MegaFax[5] |
|---|---|
| intended receiving facsimile machines, | |
| storing facsimile messaged intended for the particular system subscribers in their respective mailboxes, and | "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |
| in response to instructions received from a system subscriber, transmitting via the switched telephone network facsimile messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | MegaFax supports access via "Interactive Voice Response" with "Immediate Mailbox Retrieval". (MegaFax, pp. 1-2.) "Access to fax mailboxes from remote locations enables retrieval of messages to any fax machine worldwide while subscribers are on the move." (MegaFax Article, p. 1.) |
| CLAIM 53 | Comparison to GraphNet's MegaFax[6] |
| 53. The method of claim 52, | See claim 52 analysis above. |
| wherein each said unique destination telephone number is uniquely identified with a facsimile mailbox | Graphnet's EFN (Executive Fax Number) feature provides each user with his own private fax number. (Web2Fax, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. |

---

[6] See footnote 1.

**Appendix A1**
**Page 13 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 53 | Comparison to GraphNet's MegaFax[6] |
|---|---|
| of a subscriber, and | 2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) |
| wherein upon receipt [sic.] of a telephone call switched to the store and forward facility by the switched telephone network addressed to a unique destination telephone number, the store and forward facility answers the call as a facsimile call, without further inquiring of the sender. | Graphnet's EFN (Executive Fax Number) feature provides each user with his own private fax number. (Web2Fax, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) |

| CLAIM 55 | Comparison to GraphNet's MegaFax[7] |
|---|---|
| 55. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising the step of | Claim preamble is not limiting. |

[7] See footnote 1.

Appendix A1
Page 14 of 17

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 55 | Comparison to GraphNet's MegaFax⁷ |
|---|---|
| providing at least one store and forward facility having computer means for controlling its operation and having mass storage means for storing facsimile messages, | "The MegaFax facsimile system is capable of supporting high volumes of real-time and store-and-forward facsimile transmission." (MegaFax, p. 1.) "The MegaFax server uses a high speed Intel-based Pentium CPU with 32 MB of RAM." (MegaFax, p. 3.) "Each MegaFax server is configured with a 2GB Hard Drive. The storage capacity for each MegaFax server is upgradable to 6GB." (*Id.*) |
| coupling the at least one store and forward facility to the switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "MegaFax processors connect to the telephone network using standard voice grade circuits, T1 (1.544 Mbps), and E1/ISDN (2.048 Mbps) digital circuits." (MegaFax, p. 2.) "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (*Id.* at p. 2.) |
| recording received messages in the mass storage means together with information indicating the transmitting facsimile machine and the intended receiving facsimile machine, and | "The MegaFax system is a Graphnet-developed facsimile message handling system that receives and transmits facsimile messages." (MegaFax, p. 2.) "Messages can be retrieved by the system operator. This is done by specifying the search criteria, which include reference number, **destination address**, time and date, and **originator**." (*Id.* at p. 4.)(emphasis added) |
| transmitting facsimile messages stored in the mass storage means to intended receiving facsimile machines, and including the step of | See final transmitting step. |
| defining mailboxes in the mass | "Subscribers to MegaFax can also get mailboxes that provide |

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 55 | Comparison to GraphNet's MegaFax[7] |
|---|---|
| storage means associated with particular system subscribers, and including the steps of | confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |
| determining by a store and forward facility, based on the telephone number used by the switched telephone network to switch a particular call to the at least one store and forward facility, if the particular call is a mailbox call intended for a particular system subscriber, | Graphnet's EFN (Executive Fax Number) feature provides each user with his own private fax number. (Web2Fax, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) |
| directing by a store and forward facility, in response to the determining of a particular call to be a mailbox call intended for a particular system subscriber, a facsimile message received during that particular call to the mailbox associated with that particular system subscriber, and | Graphnet's EFN (Executive Fax Number) feature provides each user with his own private fax number. (Web2Fax, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for selective retrieval." (MegaFax Article, p. 1.) |
| storing facsimile messages intended for those particular system | "Subscribers to MegaFax can also get mailboxes that provide confidential electronic storage of incoming fax messages for |

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1, 3, 27, 40, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 55 | Comparison to GraphNet's MegaFax[7] |
|---|---|
| subscribers in their respective mailboxes, and further including the step | selective retrieval." (MegaFax Article, p. 1.) MegaFax provides "Executive Fax Number (EFN) Mailbox". (MegaFax, p. 2.) |
| in response to instructions received from a system subscriber, of transmitting facsimile messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | MegaFax supports access via "Interactive Voice Response" with "Immediate Mailbox Retrieval". (MegaFax, pp. 1-2.) "Access to fax mailboxes from remote locations enables retrieval of messages to any fax machine worldwide while subscribers are on the move." (MegaFax Article, p. 1.) |

Appendix A1
Page 17 of 17

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 3 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| 3. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising the step of | Claim preamble is not limiting. |
| providing at least one store and forward facility having computer means for controlling its operation and having mass storage means for storing facsimile messages, | Graphnet's customer provides a facsimile store and forward facility having a computer to control its operation and mass storage for storing facsimile messages when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server. "Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." (MegaFax for Notes, p. 1.) |
| coupling the at least one store and forward facility to the switched telephone network for receiving facsimile messages from transmitting | "**Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added)  In order |

---

[1] A basis for Graphnet's liability for this claim in connection with this product is indirect infringement under 35 U.S.C. §§271(b) and/or (c).  Its customers would be the direct infringers.  Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its product.

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 3 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| facsimile machines, | to receive and deliver inbound faxes transmitted to an assigned private fax number, the MegaFax for Notes server is coupled to a switched telephone network for receiving facsimile messages from transmitting facsimile machines. |
| recording received facsimile messages in the mass storage means together with information indicating the transmitting facsimile machine and the intended receiving facsimile machine, | The MegaFax for Notes server records received facsimile messages in its storage system.  "Faxes are … converted to Notes mail messages using customer-configured routing tables, …"  (MegaFax for Notes, pp. 1-2.)  Conversion of faxes requires recording the messages in memory.  At a minimum, the recorded fax will include information indicating the transmitting facsimile machine in an image header in the recorded fax.  More generally, information indicating the transmitting facsimile machine is provided during the fax protocol exchange with the transmitting facsimile machine.  Unless MegaFax for Notes ignores this information it likely records it in association with the received facsimile message. |
| and transmitting facsimile messages stored in the mass storage means to intended receiving facsimile machines, and including the step of | See final transmitting step. |
| defining mailboxes in the mass storage means associated with particular system subscribers, and | Graphnet's customer defines mailboxes in its storage system associated with each system subscriber.  "When you create a user account through the IBM® Lotus® Domino™ registration process, |

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 3 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| including the step of | Domino creates an IBM® Lotus® Notes® database (NSF file) to serve as the user's personal message store." (Lotus Mail Files, p. 1.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |
| storing facsimile messages intended for those particular system subscribers in their respective mailboxes, and further including the step. | "Faxes are … converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) |
| in response to instructions received from a system subscriber, of transmitting facsimile messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (Id.)

In response to initiation by a system subscriber using a browser or mail client on his computer, the customer's Domino server transmits stored facsimile messages to the paperless facsimile terminal machine executing the browser or mail client associated with the |

**Appendix A2**
**Page 3 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 3 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| | subscriber for display on a screen. |

| CLAIM 52 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| 52. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising the steps of | Claim preamble is not limiting. |
| providing at least one store and forward facility having computer means for controlling its operation and having mass storage means for storing facsimile messages, | Graphnet's customer provides a facsimile store and forward facility having a computer to control its operation and mass storage for storing facsimile messages when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server. "Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." (MegaFax for Notes, p. 1.) |
| assigning to each system subscriber | Graphnet's customer assigns to each subscriber a telephone number |

[2] A basis for Graphnet's liability for this claim in connection with this product is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its product.

Appendix A2
Page 4 of 13

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 52 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| of a plurality of system subscribers a unique destination telephone number, wherein the dialing of the unique destination telephone number of each system subscriber results in the related telephone call being switched by a switched telephone network to the at least one store and forward facility, | from a pool of telephone numbers available on a switched telephone network. "Each user has a private fax number, just as if there were a fax machine on his or her desk." (MegaFax for Notes, p. 1.) The dialing of an assigned number results in the related telephone call being switched to the customer's store and forward facility by a switched telephone network. |
| coupling the at least one store and forward facility to the switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "**Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added)  In order to receive and deliver inbound faxes transmitted to an assigned private fax number, the MegaFax for Notes server is coupled to a switched telephone network for receiving facsimile messages from transmitting facsimile machines. |
| defining mailboxes in the mass storage means associated with particular system subscribers, | Graphnet's customer defines mailboxes in its storage system associated with each system subscriber.  "When you create a user account through the IBM® Lotus® Domino™ registration process, Domino creates an IBM® Lotus® Notes® database (NSF file) to serve as the user's personal message store." (Lotus Mail Files, p. 1.) |

**Appendix A2**
**Page 5 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 52 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| | "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |
| receiving over time at the first store and forward facility a plurality of telephone calls, each call of said plurality of telephone calls being switched to the store and forwrd [sic.] facility by the switched telephone network as result of a senders [sic.] dialing one of the unique destination telephone numbers, whereby each such received call results in an originating telephone call connection being made, | The MegaFax for Notes server receives over time telephone calls directed to assigned private fax numbers. Each such call was switched to the server as a result of a sender dialing one of the particular the assigned fax numbers. Each such call results in an originating telephone call connection. **"Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) In order to perform these functions, the MegaFax for Notes server receives telephone calls directed to phone numbers associated with particular subscribers. |
| receiving during the originating telephone call connections, at the at least one store and forward facility, facsimile messages from transmitting facsimile machines, | The MegaFax for Notes server receives facsimile messages from transmitting facsimile machines during the originating telephone call connections. **"Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) |

**Appendix A2
Page 6 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 52 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| recording the received messages in the mass storage means together with information indicating the respective transmitting facsimile machine and the respective intended receiving facsimile machine, | The MegaFax for Notes server records received facsimile messages in its storage system. "Faxes are ... converted to Notes mail messages using customer-configured routing tables, ..." (MegaFax for Notes, pp. 1-2.) Conversion of faxes requires recording the messages in memory. At a minimum, the recorded fax will include information indicating the transmitting facsimile machine in an image header in the recorded fax. More generally, information indicating the transmitting facsimile machine is provided during the fax protocol exchange with the transmitting facsimile machine. Unless MegaFax for Notes ignores this information it likely records it in association with the received facsimile message. |
| transmitting facsimile messages stored in the mass storage means to intended receiving facsimile machines, | See final transmitting step. |
| storing facsimile messaged intended for the particular system subscribers in their respective mailboxes, and | "Faxes are ... converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) |
| in response to instructions received from a system subscriber, transmitting via the switched telephone network facsimile | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, |

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 52 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | p. 1.) "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (*Id.*) |
|  | In response to initiation by a system subscriber using a browser or mail client on his computer, the customer's Domino server transmits stored facsimile messages to the paperless facsimile terminal machine executing the browser or mail client associated with the subscriber for display on a screen. |

| CLAIM 53 | Comparison to GraphNet's MegaFax for Notes[3] |
|---|---|
| 53. The method of claim 52, | See claim 52 analysis above. |
| wherein each said unique destination telephone number is uniquely identified with a facsimile mailbox of a subscriber, and | "Each user has a private fax number, just as if there were a fax machine on his or her desk." (MegaFax for Notes, p. 1.) |
| wherein upon receipt [*sic.*] of a telephone call switched to the store and forward facility by the switched | "Faxes are received by the MegaFax for Notes server, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." |

---

[2] See footnote 1.

**Appendix A2**
**Page 8 of 13**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 53 | Comparison to GraphNet's MegaFax for Notes[3] |
|---|---|
| telephone network addressed to a unique destination telephone number, the store and forward facility answers the call as a facsimile call, without further inquiring of the sender. | (MegaFax for Notes, pp. 1-2.) |

| CLAIM 55 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| 55. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising the step of | Claim preamble is not limiting. |
| providing at least one store and forward facility having computer means for controlling its operation and having mass storage means for storing facsimile messages, | Graphnet's customer provides a facsimile store and forward facility having a computer to control its operation and mass storage for storing facsimile messages when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server.  "Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." |

---

[4] See footnote 1.

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 55 | Comparison to GraphNet's MegaFax for Notes[4] (MegaFax for Notes, p. 1.) |
|---|---|
| coupling the at least one store and forward facility to the switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "**Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) In order to receive and deliver inbound faxes transmitted to an assigned private fax number, the MegaFax for Notes server is coupled to a switched telephone network for receiving facsimile messages from transmitting facsimile machines. |
| recording received messages in the mass storage means together with information indicating the transmitting facsimile machine and the intended receiving facsimile machine, and | The MegaFax for Notes server records received facsimile messages in its storage system. "Faxes are ... converted to Notes mail messages using customer-configured routing tables, ..." (MegaFax for Notes, pp. 1-2.) Conversion of faxes requires recording the messages in memory. At a minimum, the recorded fax will include information indicating the transmitting facsimile machine in an image header in the recorded fax. More generally, information indicating the transmitting facsimile machine is provided during the fax protocol exchange with the transmitting facsimile machine. Unless MegaFax for Notes ignores this information it likely records it in association with the received facsimile message. |
| transmitting facsimile messages stored in the mass storage means to | See final transmitting step. |

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 55 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| intended receiving facsimile machines, and including the step of | |
| defining mailboxes in the mass storage means associated with particular system subscribers, and including the steps of | Graphnet's customer defines mailboxes in its storage system associated with each system subscriber.  "When you create a user account through the IBM® Lotus® Domino™ registration process, Domino creates an IBM® Lotus® Notes® database (NSF file) to serve as the user's personal message store." (Lotus Mail Files, p. 1.)  "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |
| determining by a store and forward facility, based on the telephone number used by the switched telephone network to switch a particular call to the at least one store and forward facility, if the particular call is a mailbox call intended for a particular system subscriber, | "Each user has a private fax number, just as if there were a fax machine on his or her desk." (MegaFax for Notes, p. 1.)  "Faxes are ... converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (Id. at pp. 1-2.) |
| directing by a store and forward facility, in response to the determining of a particular call to be a mailbox call intended for a particular system subscriber, a | "Faxes are ... transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) |

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 55 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| facsimile message received during that particular call to the mailbox associated with that particular system subscriber, and | |
| storing facsimile messages intended for those particular system subscribers in their respective mailboxes, and further including the step | "Faxes are … converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) |
| in response to instructions received from a system subscriber, of transmitting facsimile messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (Id.)<br><br>In response to initiation by a system subscriber using a browser or mail client on his computer, the customer's Domino server transmits stored facsimile messages to the paperless facsimile terminal machine executing the browser or mail client associated with the |

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 3, 52-53 & 55 OF U.S. PATENT NO. 4,994,926

| CLAIM 55 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| | subscriber for display on a screen. |

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 24 OF U.S. PATENT NO. 5,291,302

| CLAIM 24 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| 24. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one intended receiving facsimile machine, comprising | Claim preamble is not limiting. |
| the step of providing at least one store and forward facility having computer means for controlling its operation and having mass storage means for storing facsimile messages, | Graphnet's customer provides a facsimile store and forward facility having a computer to control its operation and mass storage for storing facsimile messages when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server. "Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." (MegaFax for Notes, p. 1.) |
| coupling the at least one store and forward facility to a switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "**Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) In order to receive and deliver inbound faxes transmitted to an assigned private fax number, the MegaFax for Notes server is coupled to a |

[1] A basis for Graphnet's liability for this claim in connection with this product is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its product.

Appendix B
Page 1 of 3

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 24 OF U.S. PATENT NO. 5,291,302

| CLAIM 24 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| recording received facsimile messages in the mass storage means together with information indicating the transmitting facsimile machine and the intended receiving facsimile machine, and | switched telephone network for receiving facsimile messages from transmitting facsimile machines. The MegaFax for Notes server records received facsimile messages in its storage system. "Faxes are … converted to Notes mail messages using customer-configured routing tables, …" (MegaFax for Notes, pp. 1-2.) Conversion of faxes requires recording the messages in memory. Using customer-configured routing tables requires recording of the intended receiving facsimile machine. At a minimum, the recorded fax will include information indicating the transmitting facsimile machine in an image header in the recorded fax. More generally, information indicating the transmitting facsimile machine is provided during the fax protocol exchange with the transmitting facsimile machine. Unless MegaFax for Notes ignores this information it likely records it in association with the received facsimile message. |
| transmitting facsimile messages stored in the mass storage means to intended receiving facsimile machines, and including the step of | See final claim step involving transmitting facsimile. |
| defining mailboxes in the mass storage means associated with particular system subscriber, and | Graphnet's customer defines mailboxes in its storage system associated with each system subscriber. "When you create a user account through the IBM® Lotus® Domino™ registration process, |

**Appendix B**
**Page 2 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 24 OF U.S. PATENT NO. 5,291,302

| CLAIM 24 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| including the step of | Domino creates an IBM® Lotus® Notes® database (NSF file) to serve as the user's personal message store." (Lotus Mail Files, p. 1.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |
| storing facsimile messages intended for those particular system subscribers in their respective mailboxes, and further including | "Faxes are ... converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) |
| the step, in response to instructions received from a system subscriber, of transmitting facsimile messages stored in that subscriber's mailbox to a paperless facsimile terminal machine designated by that subscriber in the instructions for display on a screen. | In response to instructions from a system subscriber using a browser or a mail client on his computer, the customer's Domino server transmits stored facsimile messages to a designated paperless facsimile terminal machine for display on a screen.<br><br>"Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (*Id.*) |

**Appendix B**
**Page 3 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 7 OF U.S. PATENT NO. 5,459,584

| CLAIM 7 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| 7. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one paperless receiving facsimile machine, comprising steps of | Claim preamble is not limiting. |
| providing at least one store and forward facility having computer means for controlling operation of the store and forward facility and having mass storage means for storing facsimile messages; | Graphnet's customer provides a facsimile store and forward facility having a computer to control its operation and mass storage for storing facsimile messages when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server. "Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." (MegaFax for Notes, p. 1.) |
| coupling the at least one store and forward facility to a switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "**Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) In order to receive and deliver inbound faxes transmitted to an assigned |

---

[1] A basis for Graphnet's liability for this claim in connection with this product is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its product.

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 7 OF U.S. PATENT NO. 5,459,584

| CLAIM 7 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| recording received facsimile messages in the mass storage means together with information indicating the transmitting facsimile machine, including steps of | The MegaFax for Notes server records received facsimile messages in its storage system. "Faxes are … converted to Notes mail messages using customer-configured routing tables, …" (MegaFax for Notes, pp. 1-2.) Conversion of faxes requires recording the messages in memory. At a minimum, the recorded fax will include information indicating the transmitting facsimile machine in an image header in the recorded fax. More generally, information indicating the transmitting facsimile machine is provided during the fax protocol exchange with the transmitting facsimile machine. Unless MegaFax for Notes ignores this information it likely records it in association with the received facsimile message. |
| defining mailboxes in the mass storage means associated with particular system subscribers, and | Graphnet's customer defines mailboxes in its storage system associated with each system subscriber. "When you create a user account through the IBM® Lotus® Domino™ registration process, Domino creates an IBM® Lotus® Notes® database (NSF file) to serve as the user's personal message store." (Lotus Mail Files, p. 1.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |
| storing facsimile messages for those | "Faxes are … converted to Notes mail messages using customer- |

**Appendix C1**
**Page 2 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 7 OF U.S. PATENT NO. 5,459,584

| CLAIM 7 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| particular system subscribers in their respective mailboxes; and transmitting facsimile messages stored in the mass storage means to paperless receiving facsimile machines, including steps of in response to initiation by a system subscriber, transmitting facsimile messages stored in that subscriber's mailbox to a paperless facsimile terminal machine associated with that subscriber for display on a screen. | configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (*Id.*)<br><br>In response to initiation by a system subscriber using a browser or mail client on his computer, the customer's Domino server transmits stored facsimile messages to the paperless facsimile terminal machine executing the browser or mail client associated with the subscriber for display on a screen. |

Appendix C1
Page 3 of 3

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 30-32 & 35-38 OF U.S. PATENT NO. 5,459,584

| CLAIM 30 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| 30. A method for operating a facsimile store and forward facility to facilitate facsimile communications, said method comprising steps of: | Claim preamble is not limiting. |
| providing a facsimile store and forward facility accessible through a switched telephone network; | Graphnet's customer provides a facsimile store and forward facility when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server.<br><br>"Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." (MegaFax for Notes, p. 1.) |
| receiving facsimile messages at the facsimile store and forward facility from transmitting facsimile machines; | MegaFax for Notes receives facsimile messages from transmitting facsimile machines. **"Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) |
| storing the facsimile messages at the | "Faxes are ... converted to Notes mail messages using customer- |

---

[1] A basis for Graphnet's liability for this claim in connection with this product is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of this product.

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 30-32 & 35-38 OF U.S. PATENT NO. 5,459,584

| CLAIM 30 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| facsimile store and forward facility; | configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) MegaFax for Notes stores a copy of the received facsimile message to the particular subscriber's mail file. |
| receiving a call from a paperless facsimile device at the facsimile store and forward facility; and | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server receives a call from a user executing Web client software or an e-mail client from a computer (paperless facsimile device). |
| transmitting facsimile messages stored in the facsimile store and forward facility from the facsimile store and forward facility to the paperless facsimile device. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server transmits stored facsimile messages to the client executing on the user's computer. |

**Appendix C2**
**Page 2 of 6**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 30-32 & 35-38 OF U.S. PATENT NO. 5,459,584

| CLAIM 31 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| 31. The method of claim 30, | See analysis of claim 30 of the '584 patent. |
| further comprising a step, before the transmitting step, of receiving from the paperless facsimile device at least one delivery request for at least one facsimile message stored in the facsimile store and forward facility. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server receives a delivery request from a user using client software on his computer in the form of an HTTP request, POP3 request or IMAP request for a particular facsimile message depending on the type of client. |

| CLAIM 32 | Comparison to GraphNet's MegaFax for Notes[3] |
|---|---|
| 32. The method of claim 31, wherein the delivery request is in the form of a command in a computer communication mode. | See analysis of claim 31 above. |
| | An HTTP request, POP3 request or IMAP request is a command in a computer communication mode. |

| CLAIM 35 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| 35. The method of claim 31., further | See analysis of claim 31 above. |

[2] See footnote 1.
[3] See footnote 1.
[4] See footnote 1.

**Appendix C2**
**Page 3 of 6**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 30-32 & 35-38 OF U.S. PATENT NO. 5,459,584

| CLAIM 35 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| comprising steps, after the transmitting step, of | |
| receiving tom [sic.] the paperless facsimile device at least one additional delivery request for at least one additional facsimile message stored in the facsimile store and forward facility; and | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server receives an additional delivery request from a user using client software on his computer in the form of a further HTTP request, POP3 request or a IMAP request for a particular facsimile message depending on the type of client. |
| transmitting the at least one additional facsimile message stored in the facsimile store and forward facility from the facsimile store and forward facility to the paperless facsimile device. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server transmits a further stored facsimile message in response to the further request. |

| CLAIM 36 | Comparison to GraphNet's MegaFax for Notes[5] |
|---|---|
| 36. The method of claim 30, | See analysis of claim 30 above. |
| wherein the storing step includes | "Faxes are … converted to Notes mail messages using customer- |

[5] See footnote 1.

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 30-32 & 35-38 OF U.S. PATENT NO. 5,459,584

| CLAIM 36 | Comparison to GraphNet's MegaFax for Notes[5] |
|---|---|
| storing the facsimile messages in facsimile mailboxes associated with particular subscribers. | configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |

| CLAIM 37 | Comparison to GraphNet's MegaFax for Notes[6] |
|---|---|
| 37. The method of claim 36, further comprising a step, | See analysis of claim 36 above. |
| before the transmitting step, of receiving from the paperless facsimile device a security code required for access to a particular facsimile mailbox. | "To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication …" (Lotus Mail Security, p. 1.) |

| CLAIM 38 | Comparison to GraphNet's MegaFax for Notes[7] |
|---|---|
| 38. The method of claim 36, wherein multiple facsimile messages associated with a subscriber are stored in a facsimile mailbox associated with | See analysis of claim 36 above. |
| | "Faxes are … converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) "Every |

---

[6] See footnote 1.
[7] See footnote 1.

Appendix C2
Page 5 of 6

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 30-32 & 35-38 OF U.S. PATENT NO. 5,459,584

| CLAIM 38 | Comparison to GraphNet's MegaFax for Notes[7] |
|---|---|
| the subscriber, | mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) The mail file can contain multiple messages. (*Id.*) |
| wherein the method further comprises a step of receiving from the paperless facsimile device a mailbox manipulation command selecting for delivery a subset of the facsimile messages stored in the facsimile mailbox, and | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) At least POP3 and IMAP clients can transmit commands to selectively request subsets of stored messages. |
| wherein the transmitting step includes transmitting only the selected subset of facsimile messages. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server transmits selected subsets of stored messages in response to POP3 and/or IMAP requests. |

**Appendix C2**
**Page 6 of 6**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's MegaFax with MPW Client Software[1] |
|---|---|
| 48. A method for accessing a facsimile store and forward facility to facilitate facsimile communications, said method comprising steps of: | Claim preamble is not limiting. |
| calling the facsimile store and forward facility from a paperless facsimile device; | The subscriber's computer calls Graphnet's hardware and software platform in order to establish a connection with the Graphnet's fax network service. "MPW connects to Graphnet's fax network at speeds of up to 28.8 Kbps using standard dial-up modems, up to 128 kbps using an ISDN modem and up to T1 (1.54 Mbps) or E1 (2 Mbps) for dedicated connections." (MPW, p. 2.) |
| transmitting a broadcast request from the paperless facsimile device to the facsimile store and forward facility; and | The subscriber using his computer transmits a broadcast request from his computer to Graphnet's hardware and software platform. "The MegaFax facsimile system is capable of supporting high volumes of real-time and store-and-forward facsimile transmission." (MegaFax, p. 1.) "Not only is MegaFax designed for fax-to-fax |

[1] A basis for Graphnet's liability for this claim in connection with its MegaFax product is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers of this claim. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of MegaFax.

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's MegaFax with MPW Client Software[1] |
|---|---|
|  | transmission, but it also allows for file-to-fax transmission, generated by PCs, LANs, E-mail, and host applications." (MegaFax, p. 1.) MPW provides "computer-based file-to-fax messaging" access to MegaFax. (*Id.*) MegaFax supports "Scheduled", "Normal", "Priority", and "Off-Peak" delivery options. (*Id.*) |
| transmitting a facsimile message from the paperless facsimile device to the facsimile store and forward facility for storage and delivery to multiple destinations. | The subscriber's computer transmits a facsimile message to Graphnet's MegaFax hardware and software platform. "MPW printer drivers enable users to create and send fax documents from any application in Windows 3.1, Windows95, Windows NT 3.51, and Windows NT 4.0 environments." (MPW, p. 2.) "Not only is MegaFax designed for fax-to-fax transmission, but it also allows for file-to-fax transmission, generated by PCs, LANs, E-mail, and host applications." (MegaFax, p. 1.) MegaFax supports "Multiple Number" and "Broadcast/Distribution Lists" destinations for fax messages." (*Id.*) |

| CLAIM 49 | Comparison to Customer's Use of Graphnet's MegaFax with MPW Client Software[2] |
|---|---|

---

[2] See footnote 1.

**Appendix C3**
**Page 2 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 49 | Comparison to Customer's Use of Graphnet's MegaFax with MPW Client Software[2] |
| --- | --- |
| 49. The method of claim 48, | See above analysis of claim 48. |
| wherein the broadcast request includes a plurality of telephone numbers for the multiple destinations... | MegFax supports "Multiple Number" and "Broadcast/Distribution Lists" destinations for fax messages." (MegaFax, p. 1.) |

| CLAIM 50 | Comparison to Customer's Use of Graphnet's FaxBroadcast with MPW Client Software[3] |
| --- | --- |
| 50. The method of claim 48, | See above analysis of claim 48. |
| wherein the broadcast request identifies a list of telephone numbers for the multiple destinations stored in the facsimile store and forward facility. | MegFax supports "Multiple Number" and "Broadcast/Distribution Lists" destinations for fax messages." (MegaFax, p. 1.) |

[3] See footnote 1.

Appendix C3
Page 3 of 3

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's UniCom[1] |
|---|---|
| 48. A method for accessing a facsimile store and forward facility to facilitate facsimile communications, said method comprising steps of: | Claim preamble is not limiting. |
| calling the facsimile store and forward facility from a paperless facsimile device; | The subscriber's computer calls Graphnet's hardware and software platform in order to establish a connection with the Unicom service. "This one-stop web site provides you with all the tools necessary to send your message to one destination or thousands of destinations quickly and reliably." (Unicom Home, p. 1.) |
| transmitting a broadcast request from the paperless facsimile device to the facsimile store and forward facility; and | The subscriber using his computer transmits a broadcast request from his computer to Graphnet's hardware and software platform. "UniCom provides instant or deferred delivery of outbound messages to millions of recipients simultaneously." (Unicom, p. 1.) "You can create custom fax cover pages for your messages, include letterhead, logos and electronic signatures on messages and preview |

[1] A basis for Graphnet's liability for this claim in connection with its services is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers of this claim. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its service. This analysis would also apply to a customer's use of Unicom as part of a package deal from Graphnet, such as with IVFS.

**Appendix C4**
**Page 1 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's UniCom[1] |
|---|---|
| | messages before sending them." (*Id.*) Once a subscriber has previewed a document, the subscriber transmits a broadcast request confirming the document for delivery. |
| transmitting a facsimile message from the paperless facsimile device to the facsimile store and forward facility for storage and delivery to multiple destinations. | The subscriber's computer transmits a facsimile message to Graphnet's Unicom hardware and software platform. "Create your message on-line, or import from any file, and/or upload 1-4 files of almost any type." (Unicom Home, p. 1.) "UniCom provides instant or deferred delivery of outbound messages to millions of recipients simultaneously." (Unicom, p. 1.) |

| CLAIM 49 | Comparison to Customer's Use of Graphnet's UniCom[2] |
|---|---|
| 49. The method of claim 48, wherein the broadcast request includes a plurality of telephone numbers for the multiple destinations.. | See above analysis of claim 48.<br><br>"Send messages to one or more stored lists, and/or **individual ad-hoc addresses**, and/or (NEW) upload a list to use just for this broadcast." (Unicom Home, p. 1)(emphasis added) |

| CLAIM 50 | Comparison to Customer's Use of Graphnet's UniCom[3] |
|---|---|
| 50. The method of claim 48, | See above analysis of claim 48. |

[2] See footnote 1.
[3] See footnote 1.

**Appendix C4
Page 2 of 3**

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 50 | Comparison to Customer's Use of Graphnet's UniCom[3] |
|---|---|
| wherein the broadcast request identifies a list of telephone numbers for the multiple destinations stored in the facsimile store and forward facility. | "Send messages to **one or more stored lists**, and/or individual ad-hoc addresses, and/or (NEW) **upload a list to use just for this broadcast.**" (Unicom Home, p. 1)(emphasis added) |

**Appendix C4**
**Page 3 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's XclusiveFAX[1] |
|---|---|
| 48. A method for accessing a facsimile store and forward facility to facilitate facsimile communications, said method comprising steps of: | Claim preamble is not limiting. |
| calling the facsimile store and forward facility from a paperless facsimile device; | The subscriber's computer calls Graphnet's hardware and software platform in order to establish a connection with the XclusiveFAX service. "You send us the fax template and recipient (list) data and any additional attachments that you want to broadcast." (Outbound Messaging – XclusiveFAX, p. 1.) |
| transmitting a broadcast request from the paperless facsimile device to the facsimile store and forward facility; and | The subscriber using his computer transmits a broadcast request from his computer to Graphnet's hardware and software platform. "We instantly fax the documents to all your specified locations." (Outbound Messaging – XclusiveFAX, p. 1.) "[Y]ou can preview a personalized document before it is delivered." (Id. at 2.) Once a subscriber has previewed a document, the subscriber transmits a |

[1] A basis for Graphnet's liability for this claim in connection with its XclusiveFAX services is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers of this claim. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its service. This analysis would also apply to a customer's user of XclusiveFAX functionality as part of any packages Graphnet provides that include XclusiveFAX such as XpressFAX.

**Appendix C5**
**Page 1 of 2**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's XclusiveFAX[1] |
|---|---|
| transmitting a facsimile message from the paperless facsimile device to the facsimile store and forward facility for storage and delivery to multiple destinations. | broadcast request confirming the document for delivery. |
| | The subscriber's computer transmits a facsimile message to Graphnet's XclusiveFAX hardware and software platform. "You send us the fax template and recipient (list) data and any additional attachments that you want to broadcast." (Outbound Messaging – XclusiveFAX, p. 1.) "We instantly fax the documents to all your specified locations." (*Id.*) |

**Appendix C5**
**Page 2 of 2**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's FaxBroadcast with MPW Client Software[1] |
|---|---|
| 48. A method for accessing a facsimile store and forward facility to facilitate facsimile communications, said method comprising steps of: | Claim preamble is not limiting. |
| calling the facsimile store and forward facility from a paperless facsimile device; | The subscriber's computer calls Graphnet's hardware and software platform in order to establish a connection with the Graphnet's fax network service. "MPW connects to Graphnet's fax network at speeds of up to 28.8 Kbps using standard dial-up modems, up to 128 kbps using an ISDN modem and up to T1 (1.54 Mbps) or E1 (2 Mbps) for dedicated connections." (MPW, p. 2.) |
| transmitting a broadcast request from the paperless facsimile device to the facsimile store and forward facility; and | The subscriber using his computer transmits a broadcast request from his computer to Graphnet's hardware and software platform.<br><br>FaxBroadcast provides a dynamic, cost-effective solution for sending information to multiple destinations within minutes. With Graphnet's MPW |

[1] A basis for Graphnet's liability for this claim in connection with this service is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers of this claim. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of this service.

Appendix C6
Page 1 of 3

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 48 | Comparison to Customer's Use of Graphnet's FaxBroadcast with MPW Client Software[1] |
|---|---|
| | client software, users save time by creating and sending faxes directly from their desktops. In addition to MPW, a broadcast can be initiated from a fax machine, using lists stored as minicodes on Graphnet's network. (FaxBroadcast, p. 1.) |
| transmitting a facsimile message from the paperless facsimile device to the facsimile store and forward facility for storage and delivery to multiple destinations. | The subscriber's computer transmits a facsimile message to Graphnet's FaxBroadcast hardware and software platform. "MPW printer drivers enable users to create and send fax documents from any application in Windows 3.1, Windows95, Windows NT 3.51, and Windows NT 4.0 environments." (MPW, p. 2.) "With Graphnet's MPW client software, users save time by creating and sending faxes directly from their desktops." (FaxBroadcast, p. 1.) "For individualized broadcasts, FaxBroadcast's FaxMerge capability allows users to merge personal information into defined fields within word processing documents and broadcast them in a single operation" (Id.) "FaxBroadcast delivers a fax document to thousands of locations in the time it takes to send a fax to one destination using conventional methods." (Id.) |

**Appendix C6**
**Page 2 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 48 - 50 OF U.S. PATENT NO. 5,459,584

| CLAIM 49 | Comparison to Customer's Use of Graphnet's FaxBroadcast with MPW Client Software[2] |
|---|---|
| 49. The method of claim 48, wherein the broadcast request includes a plurality of telephone numbers for the multiple destinations.. | See above analysis of claim 48. |
| | "Lists are stored locally in the MPW address book …." (FaxBroadcast, p. 1) |

| CLAIM 50 | Comparison to Customer's Use of Graphnet's FaxBroadcast with MPW Client Software[3] |
|---|---|
| 50. The method of claim 48, wherein the broadcast request identifies a list of telephone numbers for the multiple destinations stored in the facsimile store and forward facility. | See above analysis of claim 48. |
| | "Lists are stored … on Graphnet's network as customer assigned and uniquely named broadcast lists." (FaxBroadcast, p. 1) |

[2] See footnote 1.
[3] See footnote 1.

**Appendix C6**
**Page 3 of 3**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 1 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| 1. A method for operating a facsimile store and forward facility to facilitate facsimile communications, said method comprising steps of: | Claim preamble is not limiting. |
| providing a facsimile store and forward facility accessible through a switched telephone network; | Graphnet's customer provides a facsimile store and forward facility when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server.<br><br>"Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." (MegaFax for Notes, p. 1.) |
| assigning to each system subscriber of a plurality of system subscribers a unique destination telephone number, wherein the dialing of the unique destination telephone number of each system subscriber results in the related telephone call being | Graphnet's customer assigns to each subscriber a telephone number from a pool of telephone numbers available on a switched telephone network. "Each user has a private fax number, just as if there were a fax machine on his or her desk." (MegaFax for Notes, p. 1.) The dialing of an assigned number results in the related telephone call being switched to the customer's store and forward facility by a switched telephone network. |

[1] A basis for Graphnet's liability for this claim in connection with this product is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its product.

Appendix D1
Page 1 of 17

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 1 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| switched by a switched telephone network to the store and forward facility | |
| receiving over time at the store and forward facility a plurality of telephone calls, each call of said plurality of telephone calls being switched to the store and forward facility by the switched telephone network as result of a sender dialing one of the unique destination telephone numbers, whereby each such received call results in an originating telephone call connection being made, | MegaFax for Notes receives over time telephone calls directed to telephone numbers from its pool of telephone numbers.  Each such call was switched to it as a result of a sender dialing one of the particular assigned telephone numbers.  Each such call results in an originating telephone call connection. <br><br> "**Faxes are received by the MegaFax for Notes server,** converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added)  In order to perform these functions, Graphnet's customer receives telephone calls directed to phone numbers assigned to particular subscribers. |
| receiving during the originating telephone call connections, at the facsimile store and forward facility, facsimile messages from transmitting facsimile machines; | MegaFax for Notes receives facsimile messages from transmitting facsimile machines during the originating telephone call connections. <br><br> "**Faxes are received by the MegaFax for Notes server,** converted to Notes mail messages using customer-configured |

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 1 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| | routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) |
| storing the facsimile messages at the facsimile store and forward facility; | "Faxes are … converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) MegaFax for Notes stores a copy of the received facsimile message to the particular subscriber's mail file. |
| receiving at the facsimile store and forward facility a call from a paperless facsimile device; and | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server receives a call from a user executing Web client software or an e-mail client from a computer (paperless facsimile device). |
| transmitting facsimile messages stored in the facsimile store and forward facility from the facsimile store and forward facility to the paperless facsimile device. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server transmits stored |

Appendix D1
Page 3 of 17

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 1 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| | facsimile messages to the client executing on the user's computer. |

| CLAIM 2 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| 2. The method of claim 1, further comprising a step, before the transmitting step, of receiving from the paperless facsimile device at least one delivery request for at least one facsimile message stored in the facsimile store and forward facility. | See analysis of claim 1 of the '034 patent.<br><br>"Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server receives a delivery request from a user using client software on his computer in the form of an HTTP request, POP3 request or a IMAP request for a particular facsimile message depending on the type of client. |

| CLAIM 4 | Comparison to GraphNet's MegaFax for Notes[3] |
|---|---|
| 4. The method of claim 2, further comprising steps, after the transmitting step, of: | See analysis of claim 2 of the '034 patent. |
| receiving from the paperless facsimile device at least one | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of |

[2] See footnote 1.
[3] See footnote 1.

**Appendix D1**
**Page 4 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 4 | Comparison to GraphNet's MegaFax for Notes[3] |
|---|---|
| additional delivery request for at least one additional facsimile message stored in the facsimile store and forward facility; and | clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server receives an additional delivery request from a user using client software on his computer in the form of a further HTTP request, POP3 request or a IMAP request for a particular facsimile message depending on the type of client. |
| and transmitting the at least one additional facsimile message stored in the facsimile store and forward facility from the facsimile store and forward facility to the paperless facsimile device. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server transmits a further stored facsimile message in response to the further request. |

| CLAIM 5 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| 5. The method of claim 1, wherein the storing step includes storing the facsimile messages in facsimile mailboxes associated with particular subscribers. | See analysis of claim 1 of the '034 patent. |
| | "Faxes are … converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |

---

[4] See footnote 1.

**Appendix D1**
**Page 5 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 6 | Comparison to GraphNet's MegaFax for Notes[5] |
|---|---|
| 6. The method of claim 5, further comprising a step, | See analysis of claim 5 of the '034 patent. |
| before the transmitting step, of receiving from the paperless facsimile device a security code required for access to a particular facsimile mailbox. | "To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication ..." (Lotus Mail Security, p. 1.) |

| CLAIM 7 | Comparison to GraphNet's MegaFax for Notes[6] |
|---|---|
| 7. The method of claim 5, | See analysis of claim 5 of the '034 patent. |
| wherein multiple facsimile messages associated with a subscriber are stored in a facsimile mailbox associated with the subscriber, | "Faxes are ... converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) The mail file can contain multiple messages. (*Id.*) |
| wherein the method further comprises a step of receiving from | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of |

---

[5] See footnote 1.
[6] See footnote 1.

**Appendix D1**
**Page 6 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 7 | Comparison to GraphNet's MegaFax for Notes[6] |
|---|---|
| the paperless facsimile device a mailbox manipulation command selecting for delivery a subset of the facsimile messages stored in the facsimile mailbox, and | clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) At least POP3 and IMAP clients can transmit commands to selectively request subsets of stored messages. |
| wherein the transmitting step includes transmitting only the selected subset of facsimile messages. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The customer's Domino server transmits selected subsets of stored messages in response to POP3 and/or IMAP requests. |

| CLAIM 8 | Comparison to GraphNet's MegaFax for Notes[7] |
|---|---|
| 8. The method of claim 1, further comprising the step of | See analysis of claim 1 of the '034 patent. |
| associating a unique mailbox defined in at least one computer storage device with each particular subscriber of the plurality of subscribers, and | "Faxes are ... converted to Notes mail messages using **customer-configured routing tables**, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.) (emphasis added) |

---
[7] See footnote 1.

**Appendix D1
Page 7 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 8 | Comparison to GraphNet's MegaFax for Notes[7] |
|---|---|
| wherein said storing step includes at least the step of directing facsimile messages received over an originating telephone call connection to the mailbox associated with the particular subscriber to whom the respective dialed one of the unique destination telephone numbers is assigned. | "Faxes are … converted to Notes mail messages using customer-configured routing tables, and **transferred to the corporate Notes or Domino server for delivery**." (MegaFax for Notes, pp. 1-2.)(emphasis added) "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |

| CLAIM 15 | Comparison to GraphNet's MegaFax for Notes[8] |
|---|---|
| 15. The method of claim 5 or 8, wherein a subscriber accessing his mailbox by a paperless facsimile device may view facsimile messages stored in his respective mailbox. | See analysis of claims 5 or 8 above.<br><br>"Faxes are … converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)<br><br>Fax messages in a mailbox of a particular recipient are accessible by that recipient via a modem equipped computer when the recipient accesses his email. |

---

[8] See footnote 1.

**Appendix D1**
**Page 8 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 20 | Comparison to GraphNet's MegaFax for Notes[9] |
|---|---|
| 20. The method of claim 5 or 8, | See analysis of claims 5 or 8 above. |
| wherein the step of receiving a call from a paperless facsimile device includes the steps of: granting to a remote paperless facsimile device access to a particular subscriber's mailbox; and | Graphnet's customer's Lotus Notes, Domino, and cc:Mail server grants a paperless facsimile device (user's computer) access to a particular subscriber's mailbox. "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) |
| and the transmitting step includes allowing a user at the remote paperless facsimile device to view a facsimile message stored in the particular subscriber's mailbox. | The Lotus Notes, Domino, and cc:Mail server allows the user at the paperless facsimile device to view a facsimile message stored in the particular subscriber's mailbox. "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (Id.) |

| CLAIM 21 | Comparison to GraphNet's MegaFax for Notes[10] |
|---|---|
| 21. The method of claim 20, and | See analysis of claim 20 of the '021 patent. |

---

[9] See footnote 1.
[10] See footnote 1.

**Appendix D1**
**Page 9 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 21 | Comparison to GraphNet's MegaFax for Notes[10] |
|---|---|
| wherein the granting and allowing steps are performed only after receipt at a store and forward facility of a unique PIN number of the subscriber associated with the respective mailbox. | "To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication …" (Lotus Mail Security, p. 1.) |

| CLAIM 24 | Comparison to GraphNet's MegaFax for Notes[11] |
|---|---|
| 24. The method of claim 5 or 8, | See analysis of claims 5 or 8 above. |
| wherein the step of receiving a call from a paperless facsimile device includes: granting to a remote paperless facsimile device access to a particular subscriber's mailbox during a communication session initiated by the remote paperless facsimile device; and | Graphnet's customer's Lotus Notes, Domino, and cc:Mail server grants a paperless facsimile device (user's computer) access to a particular subscriber's mailbox during a communication session initiated by the user's computer. "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) The software client initiates the communication with the Domino server. |

---

[11] See footnote 1.

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 24 | Comparison to GraphNet's MegaFax for Notes[11] |
|---|---|
| and the transmitting step includes allowing a user at the remote paperless facsimile device to view a facsimile message stored in the particular subscriber's mailbox. | The Lotus Notes, Domino, and cc:Mail server allows the user at the paperless facsimile device to view a facsimile message stored in the particular subscriber's mailbox. "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (*Id.*) |

**Appendix D1**
**Page 11 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 25 | Comparison to GraphNet's MegaFax for Notes[12] |
|---|---|
| 25. The method of claim 24, and | See analysis of claim 24 of the '021 patent. |
| wherein the granting and transmitting steps are performed only after receipt at a store and forward facility of a unique PIN number of the subscriber associated with the respective mailbox. | "To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication …" (Lotus Mail Security, p. 1.) |

| CLAIM 26 | Comparison to GraphNet's MegaFax for Notes[13] |
|---|---|
| 26. The method of claim 24, further comprising the step of | See analysis of claim 24 above. |
| providing to a subscriber at the remote paperless facsimile device, during the communication session, a plurality of user options selected from the group consisting of: viewing a queue of facsimile messages in the particular | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) At a minimum, an IMAP client will allow viewing a list of messages and deleting messages from the list. |

---

[12] See footnote 1.
[13] See footnote 1.

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 26 | Comparison to GraphNet's MegaFax for Notes[13] |
|---|---|
| subscriber's mailbox; selecting facsimile messages from the queue; deleting messages from the queue; arranging the queue according to priority; reading fax messages in the particular subscriber's mailbox; redirecting a facsimile message in the particular subscriber's mailbox to any facsimile device; and redirecting a facsimile message in the particular subscriber's mailbox to a printer. | |

| CLAIM 27 | Comparison to GraphNet's MegaFax for Notes[14] |
|---|---|
| 27. The method of claim 26, and wherein the granting, transmitting and providing steps are performed only after receipt at a store and forward facility of a unique PIN number of the subscriber associated with the respective mailbox. | See analysis of claim 26 of the '021 patent.<br><br>"To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication …" (Lotus Mail Security, p. 1.) |

---

[14] See footnote 1.

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

**Appendix D1**
**Page 14 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 41 | Comparison to GraphNet's MegaFax for Notes[15] |
|---|---|
| 41. The method of claims or 8, wherein the transmitting step comprises the step of, during a communication session initiated by a paperless facsimile device operating in a computer communication mode, transmitting facsimile messages stored in that subscriber's mailbox to the paperless facsimile device for display on a screen. | See analysis of claim 8 above.<br><br>"Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (*Id.*) The client initiates a communication session with the Domino server in a computer communication mode (*e.g.*, IMAP, POP3, etc.). The Domino server transmits messages in the subscriber's mailbox to the paperless facsimile device (user's computer executing the client) for display on a screen. |

| CLAIM 42 | Comparison to GraphNet's MegaFax for Notes[16] |
|---|---|
| 42. The method of claim 41, and wherein the transmitting step is | See analysis of claim 41 of the '021 patent.<br><br>"To provide secure message transfer among clients and servers, the |

---

[15] See footnote 1.
[16] See footnote 1.

**Appendix D1**
**Page 15 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 42 | Comparison to GraphNet's MegaFax for Notes[16] |
|---|---|
| performed only after receipt at a store and forward facility from the paperless facsimile device of a unique PIN number of the subscriber associated with the respective mailbox. | IBM® Lotus® Domino™ mail server supports name and password authentication ..." (Lotus Mail Security, p. 1.) |

| CLAIM 43 | Comparison to GraphNet's MegaFax for Notes[17] |
|---|---|
| 43. The method of claim 41, further comprising the steps of | See analysis of claim 41 above. |
| providing to the subscriber at the paperless facsimile device, during the communication session, a plurality of user options selected from the group consisting of: viewing a queue of facsimile messages in the particular subscriber's mailbox; selecting facsimile messages from the queue; deleting messages from the queue; | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.)  At a minimum, an IMAP client will allow viewing a list of messages and deleting messages from the list. |

---

[17] See footnote 1.

**Appendix D1**
**Page 16 of 17**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIMS 1-2, 4-8, 15, 20-21, 24-27, & 41-43 OF U.S. PATENT NO. 6,643,034

| CLAIM 43 | Comparison to GraphNet's MegaFax for Notes[17] |
|---|---|
| arranging the queue according to priority; reading fax messages in the particular subscriber's mailbox; redirecting a facsimile message in the particular subscriber's mailbox to a facsimile device; and redirecting a facsimile message in the particular subscriber's mailbox to a printer. | |

Appendix D1
Page 17 of 17

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 50 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| 50. A method for facilitating facsimile communications between a transmitting facsimile machine and at least one paperless receiving facsimile machine, comprising steps of: | Claim preamble is not limiting. |
| providing at least one store and forward facility having computer means for controlling operation of the store and forward facility and having mass storage means for storing facsimile messages; | Graphnet's customer provides a facsimile store and forward facility having a computer to control its operation and mass storage for storing facsimile messages when it install MegaFax for Notes on its server for integration with its Lotus Notes, Domino, and/or cc:Mail server. "Graphnet's MegaFax for Notes brings the power of store and forward fax to the users of Lotus Notes, Domino, and cc:Mail." (MegaFax for Notes, p. 1.) |
| assigning to each system subscriber of a plurality of system subscribers a unique destination telephone number, wherein the dialing of the unique destination telephone number | Graphnet's customer assigns to each subscriber a telephone number from a pool of telephone numbers available on a switched telephone network. "Each user has a private fax number, just as if there were a fax machine on his or her desk." (MegaFax for Notes, p. 1.) The dialing of an assigned number results in the related telephone call |

---

[1] A basis for Graphnet's liability for this claim in connection with this product is indirect infringement under 35 U.S.C. §§271(b) and/or (c). Its customers would be the direct infringers. Graphnet, however, may also be liable as a direct infringer based upon internal use and testing of its product.

**Appendix D2
Page 1 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 50 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| of each system subscriber results in the related telephone call being switched by a switched telephone network to the at least one store and forward facility | being switched to the customer's store and forward facility by a switched telephone network. |
| coupling the at least one store and forward facility to a switched telephone network for receiving facsimile messages from transmitting facsimile machines, | "**Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) In order to receive and deliver inbound faxes transmitted to an assigned private fax number, the MegaFax for Notes server is coupled to a switched telephone network for receiving facsimile messages from transmitting facsimile machines. |
| receiving over time at the at least one store and forward facility a plurality of telephone calls, each call of said plurality of telephone calls being switched to the store and forward facility by the switched telephone network as result of a sender dialing one of the unique destination telephone numbers, whereby each | The MegaFax for Notes server receives over time telephone calls directed to assigned private fax numbers. Each such call was switched to the server as a result of a sender dialing one of the particular the assigned fax numbers. Each such call results in an originating telephone call connection. "**Faxes are received by the MegaFax for Notes server**, converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) In order to perform these |

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 50 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| such received call results in an originating telephone call connection being made, | functions, the MegaFax for Notes server receives telephone calls directed to phone numbers associated with particular subscribers. |
| receiving during the originating telephone call connections, at the facsimile store and forward facility, facsimile messages from transmitting facsimile machines; | The MegaFax for Notes server receives facsimile messages from transmitting facsimile machines during the originating telephone call connections. **"Faxes are received by the MegaFax for Notes server,** converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (MegaFax for Notes, pp. 1-2.)(emphasis added) |
| recording received facsimile messages in the mass storage means together with information indicating the respective transmitting facsimile machine, and including steps of | The MegaFax for Notes server records received facsimile messages in its storage system. "Faxes are ... converted to Notes mail messages using customer-configured routing tables, ..." (MegaFax for Notes, pp. 1-2.) Conversion of faxes requires recording the messages in memory. At a minimum, the recorded fax will include information indicating the transmitting facsimile machine in an image header in the recorded fax. More generally, information indicating the transmitting facsimile machine is provided during the fax protocol exchange with the transmitting facsimile machine. Unless MegaFax for Notes ignores this information it likely records it in association with the received facsimile message. |
| defining mailboxes in the mass | Graphnet's customer defines mailboxes in its storage system |

**Appendix D2**
**Page 3 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 50 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| storage means associated with particular system subscribers, and | associated with each system subscriber.  "When you create a user account through the IBM® Lotus® Domino™ registration process, Domino creates an IBM® Lotus® Notes® database (NSF file) to serve as the user's personal message store."  (Lotus Mail Files, p. 1.)  "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) |
| storing facsimile messages for those particular system subscribers in their respective mailboxes; and | "Faxes are ... converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery."  (MegaFax for Notes, pp. 1-2.) |
| transmitting facsimile messages stored in the mass storage means to paperless receiving facsimile machines, including steps of, in response to initiation by a system subscriber, transmitting facsimile messages stored in that subscriber's mailbox to a paperless facsimile terminal machine associated with that subscriber for display on a screen. | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)."  (Lotus Mail Files, p. 1.)  "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.)  "All clients can create, send, and receive mail." (*Id.*)

In response to initiation by a system subscriber using a browser or mail client on his computer, the customer's Domino server transmits stored facsimile messages to the paperless facsimile terminal machine executing the browser or mail client associated with the |

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 50 | Comparison to GraphNet's MegaFax for Notes[1] |
|---|---|
| | subscriber for display on a screen. |

| CLAIM 53 | Comparison to GraphNet's MegaFax for Notes[2] |
|---|---|
| 53. The method of claim 50, wherein said storing step includes at least the step of directing facsimile messages received over an originating telephone call connection to the mailbox associated with the particular subscriber to whom the respective dialed one of the unique destination telephone numbers is assigned. | See analysis of claim 50 of the '034 patent. The MegaFax for Notes server directs the received facsimile messages to the mailbox associated with the subscriber to whom the dialed telephone number is assigned. "Each user has a private fax number, just as if there were a fax machine on his or her desk." (MegaFax for Notes, p. 1.) "Faxes are … converted to Notes mail messages using customer-configured routing tables, and transferred to the corporate Notes or Domino server for delivery." (*Id.* at pp. 1-2.) |

| CLAIM 57 | Comparison to GraphNet's MegaFax for Notes[3] |
|---|---|
| 57. The method of claim 50, wherein a subscriber accessing his mailbox by a paperless facsimile terminal machine may view | See analysis of claim 50 of the '034 patent. See transmitting step of claim 50 of the '034 patent. |

[2] See footnote 1.
[3] See footnote 1.

Appendix D2
Page 5 of 13

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 57 | Comparison to GraphNet's MegaFax for Notes[3] |
|---|---|
| facsimile messages stored in his respective mailbox. | |

| CLAIM 64 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| 64. The method of claim 50 further comprising the steps of: | See analysis of claim 50 of the '034 patent. |
| granting to a paperless facsimile terminal machine access to a particular subscriber's mailbox; and | Graphnet's customer's Lotus Notes, Domino, and cc:Mail server grants a paperless terminal machine (user's computer) access to a particular subscriber's mailbox. "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. 1.) "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) |
| wherein the transmitting step includes allowing a user at the paperless facsimile terminal machine to view a facsimile message stored in the particular subscriber's mailbox. | The Lotus Notes, Domino, and cc:Mail server allows the user at the paperless facsimile terminal machine to view a facsimile message stored in the particular subscriber's mailbox.  "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." |

---

[4] See footnote 1.

**Appendix D2**
**Page 6 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 64 | Comparison to GraphNet's MegaFax for Notes[4] |
|---|---|
| | (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (*Id.*) |

| CLAIM 65 | Comparison to GraphNet's MegaFax for Notes[5] |
|---|---|
| 65. The method of claim 64, and wherein the granting and allowing steps are performed only after receipt at a store and forward facility of a unique PIN number of the subscriber associated with the respective mailbox. | See analysis of claim 64 of the '021 patent. "To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication ..." (Lotus Mail Security, p. 1.) |

| CLAIM 69 | Comparison to GraphNet's MegaFax for Notes[6] |
|---|---|
| 69. The method of claim 50 further comprising the steps of: | See analysis of claim 50 of the '034 patent. |
| granting to a paperless facsimile terminal machine access to a particular subscriber's mailbox during a communication session | Graphnet's customer's Lotus Notes, Domino, and cc:Mail server grants a paperless facsimile terminal machine access to a particular subscriber's mailbox.  "Every mail user in a Domino system has a mail file on a Domino mail server." (Lotus Messaging Overview, p. |

[5] See footnote 1.
[6] See footnote 1.

Appendix D2
Page 7 of 13

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 69 | Comparison to GraphNet's MegaFax for Notes[6] |
|---|---|
| initiated by the paperless facsimile terminal machine; and | 1.) "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) |
| wherein the transmitting step includes allowing a user at the paperless facsimile terminal machine to view a facsimile message stored in the particular subscriber's mailbox. | The Lotus Notes, Domino, and cc:Mail server allows the user at the paperless facsimile terminal machine to view a facsimile message stored in the particular subscriber's mailbox.  "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.)  "All clients can create, send, and receive mail." (*Id.*) |

| CLAIM 70 | Comparison to GraphNet's MegaFax for Notes[7] |
|---|---|
| 70. The method of claim 69, and | See analysis of claim 69 of the '021 patent. |
| wherein the granting and transmitting steps are performed only after receipt at a store and forward facility of a unique PIN number of the subscriber associated with the | "To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication ..." (Lotus Mail Security, p. 1.) |

---

[7] See footnote 1.

Appendix D2
Page 8 of 13

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 70 | Comparison to GraphNet's MegaFax for Notes[7] |
|---|---|
| respective mailbox. | |

| CLAIM 71 | Comparison to GraphNet's MegaFax for Notes[8] |
|---|---|
| 71. The method of claim 69, further comprising the step of | See analysis of claim 69 of the '034 patent. |
| providing to a subscriber at the paperless facsimile terminal machine, during the communication session, a plurality of user options selected from the group consisting of: viewing a queue of facsimile messages in the particular subscriber's mailbox; selecting facsimile messages from the queue; deleting messages from the queue; arranging the queue according to priority; reading fax messages in the particular subscriber's mailbox; redirecting a facsimile message in the particular subscriber's mailbox to | "Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) At a minimum, an IMAP client will allow viewing a list of messages and deleting messages from the list. |

---

[8] See footnote 1.

**Appendix D2**
**Page 9 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 71 | Comparison to GraphNet's MegaFax for Notes[8] |
|---|---|
| any facsimile device; and redirecting a facsimile message in the particular subscriber's mailbox to a printer. | |

| CLAIM 72 | Comparison to GraphNet's MegaFax for Notes[9] |
|---|---|
| 72. The method of claim 71, and wherein the granting, transmitting and providing steps are performed only after receipt at a store and forward facility of a unique PIN number of the subscriber associated with the respective mailbox. | See analysis of claim 71 of the '021 patent.<br><br>"To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication …" (Lotus Mail Security, p. 1.) |

| CLAIM 82 | Comparison to GraphNet's MegaFax for Notes[10] |
|---|---|
| 82. The method of claims 50, wherein the transmitting step comprises the step of, during a communication session initiated by a paperless facsimile terminal machine | See analysis of claim 50 of the '034 patent.<br><br>"Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, |

[8] See footnote 1.
[9] See footnote 1.
[10] See footnote 1.

**Appendix D2**
**Page 10 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 82 | Comparison to GraphNet's MegaFax for Notes[10] |
|---|---|
| operating in a computer communication mode, transmitting facsimile messages stored in that subscriber's mailbox to the paperless facsimile terminal machine for display on a screen. | p. 1.) "An IBM® Lotus® Notes® client can interact with a Domino server using either Notes protocols or Internet protocols, such as IMAP, POP3, and SMTP." (Lotus Mail Clients, p. 1.) "All clients can create, send, and receive mail." (*Id.*) The client initiates a communication session with the Domino server in a computer communication mode (*e.g.*, IMAP, POP3, etc.). The Domino server transmits messages in the subscriber's mailbox to the paperless facsimile terminal machine (user's computer executing the client) for display on a screen. |

**Appendix D2**
**Page 11 of 13**

**Exhibit A**

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 83 | Comparison to GraphNet's MegaFax for Notes[11] |
|---|---|
| 83. The method of claim 82, and wherein the transmitting step is performed only after receipt at a store and forward facility from the paperless facsimile terminal machine of a unique PIN number of the subscriber associated with the respective mailbox. | See analysis of claim 82 of the '021 patent.<br><br>"To provide secure message transfer among clients and servers, the IBM® Lotus® Domino™ mail server supports name and password authentication …" (Lotus Mail Security, p. 1.) |

| CLAIM 84 | Comparison to GraphNet's MegaFax for Notes[12] |
|---|---|
| 84. The method of claim 82, further comprising the steps of providing to the subscriber at the paperless facsimile terminal machine, during the communication session, a plurality of user options selected from the group consisting of: viewing a queue of facsimile | See analysis of claim 82 of the '034 patent.<br><br>"Users can access a Domino mail file from a Notes client, a Web browser, a POP3 client or an IMAP client or from multiple types of clients (for example, a user might access mail from a Notes client while at work and from a POP3 client at home)." (Lotus Mail Files, p. 1.) At a minimum, an IMAP client will allow viewing a list of messages and deleting messages from the list. |

[11] See footnote 1.
[12] See footnote 1.

Appendix D2
Page 12 of 13

Exhibit A

PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

CLAIM CHART FOR CLAIM 50, 53, 57, 64-65, 69-72, & 82-84 OF U.S. PATENT NO. 6,643,034

| CLAIM 84 | Comparison to GraphNet's MegaFax for Notes[12] |
|---|---|
| messages in the particular subscriber's mailbox; selecting facsimile messages from the queue; deleting messages from the queue; arranging the queue according to priority; reading fax messages in the particular subscriber's mailbox; redirecting a facsimile message in the particular subscriber's mailbox to a facsimile device; and redirecting a facsimile message in the particular subscriber's mailbox to a printer. | |

**Appendix D2**
**Page 13 of 13**

**Exhibit A**