IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CATCH CURVE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:06-CV-2386-CC |
| v. | : | |
| | : | |
| GRAPHNET, INC., | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing:

1. DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INFRINGEMENT CONTENTIONS; and

2. DEFENDANT'S SUPPLEMENTAL INVALIDITY CONTENTIONS

upon the Plaintiff by placing same in a properly addressed envelope with adequate postage affixed thereon via First Class U.S. Mail to:

Scott A. Horstemeyer
Dan Robert Gresham
Thomas, Kayden, Horstemeyer & Risley, LLP
600 Galleria Parkway N.W., Suite 1500
Atlanta, GA 30339-5948

Dated: October 3, 2008.

                                           RESPECTFULLY SUBMITTED,

                              By:   /s Terry D. Jackson
                                    TERRY D. JACKSON
                                    Georgia Bar No. 386033
                                    Attorney for Defendant Graphnet, Inc.

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 659-2400
(404) 659-2414 facsimile
tdjackson@mindspring.com