**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CATCH CURVE, INC., | ) | |
| Plaintiff, | ) ) | Civil Action |
| v. | ) ) | File No. 1:06-CV-2386-CC |
| GRAPHNET, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Catch Curve, Inc. and Defendant Graphnet, Inc. hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims asserted herein.  Each party shall bear its own costs and attorney fees in connection with this action.

STIPULATED AND AGREED, this 5th day of April, 2010.

| | |
|---|---|
| */s/ Dan R. Gresham* <br> Scott A. Horstemeyer <br> Georgia Bar No. 367836 <br> Dan R. Gresham <br> Georgia Bar No. 310280 <br> Melissa Rhoden <br> Georgia Bar No. 143160 <br> **THOMAS, KAYDEN,** <br> **HORSTEMEYER & RISLEY, LLP** <br> 600 Galleria Parkway, Suite 1500 <br> Atlanta, Georgia 30339 <br> Tel: (770) 933-9500 <br> Fax: (770) 951-0933 <br><br> Attorneys for Plaintiff Catch Curve, Inc. | */s/ Terry D. Jackson* <br> Terry D. Jackson <br> Georgia Bar No. 386033 <br> **TERRY D. JACKSON, P.C.** <br> 600 Edgewood Avenue <br> Atlanta, Georgia 30312 <br><br> Douglas L. O'Keefe <br> John C. Carey <br> **CAREY RODRIGUEZ** <br> **GREENBERG & PAUL, LLP** <br> 1395 Brickell Avenue, Suite 700 <br> Miami, Florida 33131 <br><br> Attorneys for Defendant Graphnet, Inc. |

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CATCH CURVE, INC.,         )<br>                            )<br>        Plaintiff,           )<br>                            )<br>v.                          )<br>                            )<br>GRAPHNET, INC.,             )<br>                            )<br>        Defendant.          )<br>_____) | Civil Action<br>File No. 1:06-CV-2386-CC |

### CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010, the foregoing **"STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE"** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action.

*/s/ Dan R. Gresham*
Dan R. Gresham

Attorney for Plaintiff
Catch Curve, Inc.

3